**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-1573**

─────────────

MARGARET I. ENDRES, for Joseph Endres
(deceased),

                                              Petitioner,

            versus

DIRECTOR,  OFFICE  OF  WORKERS'  COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR;
CONSOLIDATION COAL COMPANY,

                                              Respondents.

─────────────

On Petition for Review of an Order of the Benefits Review Board.
(00-624-BLA)

─────────────

Submitted:  September 25, 2001      Decided:  October 15, 2001

─────────────

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

C. Patrick Carrick, Morgantown, West Virginia, for Petitioner.
William S. Mattingly, JACKSON & KELLY, P.L.L.C., Morgantown, West
Virginia, for Respondents.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Margaret I. Endres, the widow of Joseph Endres, petitions for review of a decision of the Benefits Review Board (Board) affirming the administrative law judge's decision to deny her claim for black lung benefits. Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. <u>Doss v. Director, Office of Workers' Compensation Programs</u>, 53 F.3d 654, 658 (4th Cir. 1995). Accordingly, we affirm on the reasoning of the Board. <u>See</u> <u>Endres v. Consolidation Coal Co.</u>, BRB No. 00-624-BLA (B.R.B. Apr. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2